# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

**Courtney Richmond**,

                        Plaintiff,

v.

**City of Brooklyn Center**, a municipal corporation;

**Brian Robert Bruce**, individually and in his capacity as a police officer in the Police Department of the City of Brooklyn Center;

**Garett Flesland**, individually and in his capacity as a police officer in the Police Department of the City of Brooklyn Center; and

**Mike Reynolds**, individually and in his capacity as a police officer in the Police Department of the City of Brooklyn Center,

                        Defendants.

**ORDER**

Civil No. 03-3195 (MJD/JSM)

---

The above-captioned matter came before the undersigned on the parties' Stipulation, dated June 1, 2005, regarding the deadline for submitting responses to the respective post-trial motions.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff shall serve and file his response to Defendants' post-trial motions within 20 days after Defendants' motions were filed and served, but no later than **Tuesday, June 7, 2005**.

2. Defendants shall serve and file their response to Plaintiff's post-trial motions within 20 days after Plaintiff's motion was filed and served, but no later than **Wednesday, June 15, 2005**.

Dated: June 2, 2005

                                                  s/ Michael J. Davis
                                                  Judge Michael J. Davis
                                                  United States District Court