## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

**Courtney Richmond**,

                          Plaintiff,

v.

**City of Brooklyn Center**, a municipal corporation;

**Brian Robert Bruce**, individually and in his capacity as a police officer in the Police Department of the City of Brooklyn Center;

**Garett Flesland**, individually and in his capacity as a police officer in the Police Department of the City of Brooklyn Center; and

**Mike Reynolds**, individually and in his capacity as a police officer in the Police Department of the City of Brooklyn Center,

                          Defendants.

**ORDER CLARIFYING JUDGMENT**

Civil No. 03-3195 (MJD/JSM)

---

On May 12, 2005, judgment was entered in this matter. This Order clarifies that Defendants City of Brooklyn Center and Mike Reynolds were dismissed via a grant of Defendants' motion for directed verdict, and the judgment ultimately awarded nominal damages in favor of Plaintiff against Defendant Brian Robert Bruce, alone. Under MINN. STAT. § 466.07, Defendant City of Brooklyn Center is statutorily liable for any such judgment.

Dated: July 20, 2005

                                            s/ Michael J. Davis
                                            Judge Michael J. Davis
                                            United States District Court