UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Civil No. 03-3195 (MJD/JSM)

**COURTNEY RICHMOND**,

      Plaintiff,

vs.                                          **ORDER**

**CITY OF BROOKLYN CENTER,** *et.al.*

      Defendants.

---

Paul Appelbaum, Appelbaum Law Office, and Scott William Swanson, Sjoberg & Tebelius, counsel for Plaintiff.

Jason J. Kuboushel and Jon Iverson, Iverson Reuvers, LLC, counsel for Defendants.

_____

The above-captioned matter came before the undersigned, Judge of U.S. District Court on Defendants' Motion to Compel Plaintiff to Order Trial Transcript on Appeal pursuant to Federal Rule of Appellate Procedure 10(b)(1)(A).

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' Motion to Compel Plaintiff to Order Trial Transcript on Appeal, [Docket No. 132] is **DENIED**.

DATED: December 23, 2005          s/ Michael J. Davis
                                            JUDGE MICHAEL J. DAVIS
                                            UNITED STATES DISTRICT COURT