UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Courtney Richmond,

    Plaintiff,

v.                                             **Order**
                                                      Civil File No. 03-3195 (MJD/JSM)

City of Brooklyn Center, Brian
Robert Bruce, Garrett Flesland,
and Mike Reynolds,

    Defendants.

_____

In accordance with the June 21, 2007 Opinion of the Eighth Circuit Court of Appeals, **IT IS HEREBY ORDERED**:

1. The August 1, 2005 Entry of Judgment for Plaintiff Courtney Richmond [Docket No. 107] is **VACATED**.

2. Defendant Brian Robert Bruce's Motion for JNOV or for New Trial [Docket No. 84] is **GRANTED** and judgement is entered for Defendant Brian Robert Bruce on the basis of qualified immunity.


Dated: July 26, 2007                                    s / Michael J. Davis
                                                                         Judge Michael J. Davis
                                                                        United States District Court